**Daniel Devone SARGENT, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

**No. 92–45.**

Supreme Court of Wyoming.

April 1, 1992.

Daniel Devone Sargent, pro se.

Joseph B. Meyer, Atty. Gen., Sylvia L. Hackl, Deputy Atty. Gen., and Barbara Boyer, Sr. Asst. Atty. Gen., for appellee.

Before URBIGKIT, C.J., and THOMAS, CARDINE, MACY and GOLDEN, JJ.

PER CURIAM.

Appellant, Daniel Devone Sargent, appeals from the second denial by the trial court of a motion for reduction of sentence pursuant to W.R.Cr.P. 36. The subject of exercised discretion to reduce a sentence under that rule is identically presented as discussed in our recent decision of *Peper v. State*, 776 P.2d 761 (Wyo.1989). Following a review of the record, we find no basis to determine that the trial court abused its discretion in the post-sentencing denial of the motion for reduction.

The order denying motion for sentence reduction, therefore, is affirmed.